CONTINENTAL BANK & TRUST COMPANY OF NEW YORK, as Successor Trustee under a Mortgage Made by W. A. R. REALTY CORPORATION, Respondent, *v.* W. A. R. REALTY CORPORATION et al., Defendants. LLOYD E. LUBETKIN, Appellant; MIDTOWN ENTERPRISES, INC., et al., Respondents.

Argued April 17, 1946; decided April 18, 1946.

*Paul O'Dwyer* for appellant.

*Abraham J. Halprin* and *Sidney R. Rossiter* for Midtown Enterprises, Inc., and others, respondents.

*Martin Lippman* for A. S. Kirkeby, Inc., respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.